UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CG POWER SOLUTIONS USA INC. d/b/a MSE POWER SYSTEMS,<br><br>                                                         Plaintiff,<br><br>-against-<br><br>ONEWORLD SOLAR CORP<br>ONEWORLD ENERGY, INC,<br><br>                                                        Defendant. | **STIPULATION OF DISMISSAL**<br>**<u>WITHOUT PREJUDICE</u>**<br><br>Case No.: 1:11-cv-863<br>(GTS/RFT) |

IT IS HEREBY STIPULATED AND AGREED by all parties to this action in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedures, that this action is hereby dismissed without prejudice. The parties further acknowledge and agree that no party hereto is an infant or incompetent, that each party hereto shall bear its own costs and attorneys' fees, and that this Stipulation may be executed in counterparts and via facsimile or other electronic delivery.

| | |
|---|---|
| Dated: October 6, 2011 | Dated: October 10, 2011 |
| /s/ Marc H. Goldberg | /s/ Christian J. Soller |
| PHILLIPS LYTLE LLP | HODGSON RUSS LLP |
| Marc H. Goldberg, Esq. | Christian J. Soller, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Omni Plaza | 677 Broadway, Suite 301 |
| 30 South Pearl Street | Albany, New York 12207 |
| Albany, New York 12207 | Direct Dial: (518) 433-2445 |
| Telephone No.: (518) 472-1224 | |

IT IS SO ORDERED:

*/s/ Glenn T. Suddaby*

Hon. Glenn T. Suddaby
U.S. District Judge
Dated: October 14, 2011
       Syracuse, NY