UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CG POWER SOLUTIONS USA INC.
d/b/a MSE POWER SYSTEMS,

                    Plaintiff,

-against-

ONEWORLD SOLAR CORP
ONEWORLD ENERGY, INC,

                    Defendant.

**STIPULATION OF DISMISSAL
WITHOUT PREJUDICE**

Case No.: 1:11-cv-863
(GTS/RFT)

IT IS HEREBY STIPULATED AND AGREED by all parties to this action in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedures, that this action is hereby dismissed without prejudice. The parties further acknowledge and agree that no party hereto is an infant or incompetent, that each party hereto shall bear its own costs and attorneys' fees, and that this Stipulation may be executed in counterparts and via facsimile or other electronic delivery.

Dated: October 6, 2011

    /s/ Marc H. Goldberg
PHILLIPS LYTLE LLP
Marc H. Goldberg, Esq.
*Attorneys for Plaintiff*
Omni Plaza
30 South Pearl Street
Albany, New York 12207
Telephone No.: (518) 472-1224

Dated: October 10, 2011

    /s/ Christian J. Soller
HODGSON RUSS LLP
Christian J. Soller, Esq.
*Attorneys for Defendants*
677 Broadway, Suite 301
Albany, New York 12207
Direct Dial: (518) 433-2445

IT IS SO ORDERED:

_/s/ Glenn T. Suddaby_
Hon. Glenn T. Suddaby
U.S. District Judge
Dated: October 14, 2011
      Syracuse, NY